# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

April 11, 2022

For rules and forms visit
www.ca11.uscourts.gov

Clerk - Middle District of Alabama
U.S. District Court
1 CHURCH ST
MONTGOMERY, AL 36104

Appeal Number: 22-10356-F
Case Style: Taurus Laseter v. USA
District Court Docket No: 2:18-cv-00444-MHH-KFP
Secondary Case Number: 2:15-cr-00195-MHH-TFM-2

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached clerk's order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

Enclosure

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-10356-F

_____

TAURUS RASHONE LASETER,

                                      Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

                                      Respondent - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Taurus Rashone Laseter failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in this court within the time fixed by the rules; Motion for certificate of appealability construed from the notice of appeal is MOOT due to the clerk's order being entered.

Effective April 11, 2022.

                                      DAVID J. SMITH
                     Clerk of Court of the United States Court
                       of Appeals for the Eleventh Circuit

                                                         FOR THE COURT - BY DIRECTION